FILED
2006 OCT 23 AM 9:05
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 05cr1629-L |
|---|---|---|
| Plaintiff, | ) | |
| | ) | AMENDED ORDER OF |
| v. | ) | CRIMINAL FORFEITURE |
| | ) | |
| BLANCA TREVINO (7), | ) | |
| | ) | |
| Defendant. | ) | |

On July 16, 2006, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of BLANCA TREVINO (7) ("Defendant") in the property listed in the Forfeiture Allegations of the Superseding Indictment, namely, **$68,000 in U.S. Currency**.

On September 1, 8 and 15, 2006, the United States published, in a newspaper of general circulation, notice of the Court's Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n), and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property.

There were no potential third parties known to the United States to have alleged an interest in the forfeited property; therefore, no one was provided with direct notice of the forfeiture.

Thirty (30) days have passed following the final date of notice by publication, and no third party has made a claim to or declared any interest in the forfeited property described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of BLANCA TREVINO (7) and any and all third parties in the following property are hereby condemned, forfeited and vested in the United States of America: **$68,000 in U.S. Currency**.

IT IS FURTHER ORDERED that costs incurred by the United States Marshals Service, the Drug Enforcement Administration and any other governmental agencies which were incident to the seizure, custody and storage of the property be the first charge against the forfeited property.

IT IS FURTHER ORDERED that the United States Marshals Service shall dispose of the forfeited property according to law.

IT IS FURTHER ORDERED that the Clerk is directed to send copies of this Order to all counsel of record and the United States Marshal.

DATED: 10/28/06

M. JAMES LORENZ, Judge
United States District Court

Submitted by:

CAROL C. LAM
United States Attorney

TIMOTHY D. COUGHLIN
Attorney for Plaintiff
E-mail: timothy.coughlin@usdoj.gov

Amended Order of Criminal Forfeiture
United States v. BLANCA TREVINO (7)
Case No. 05cr1629-L