UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Honorable M. James Lorenz

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>    Plaintiff, | § § § | |
| V. | § § | CRIMINAL CASE NO. 05-CR-1629-L(7)<br>ORDER TO CLOSE INTEREST |
| **BLANCA TREVINO**<br>    Defendant. | § § | BEARING ACCOUNT AND DISBURSE<br>FUNDS |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Clerk release the amount of $10,000.00 dollars, plus interest, from the interest bearing account in the above entitled cause to Graciela G. Padron, 6510 Pemview, San Antonio, Texas 78240.

**IT IS FURTHER ORDERED** that the Clerk is authorized to deduct ten percent of the earned interest, as authorized by the Judicial Conference of the United States.

**IT IS SO ORDERED**.

Dated: May 21, 2007

*M. James Lorenz*
**Name of Judge**
**United States District Judge**